```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   20 CR 59 - 2
     -against-                       :
                                     :   ORDER
Kaila Minaya Marcano-Pena            :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

Vernon S. Broderick, United States District Judge:

ORDERED that the defendant's bail be modified to permit the defendant's curfew to be enforced by location monitoring technology and the defendant's travel limitations include the District of Columbia.

Dated: New York, New York
       March 11, 2020

SO ORDERED

_____
Vernon S. Broderick
United States District Judge

PS 8
(Rev. 12/04)

# CONFIDENTIAL PRETRIAL INFORMATION

## THE ATTACHED ORDER ONLY SHOULD BE MADE PART OF THE PUBLIC RECORD.

## UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs.     Kaila Minaya Marcano-Pena     Docket No. 20 CR 59 - 2

### Petition for Action on Conditions of Pretrial Release

COMES NOW ___Josh Rothman___, Pretrial Services Officer, presenting an official report upon the conduct of defendant ___Kaila Minaya Marcano-Pena___, who was placed under pretrial release supervision by the Honorable ___Sarah L. Cave___, sitting in the court at ___500 Pearl Street___ on the ___26th___ date of ___February___, ___2020___ under the following conditions:
-$100,000 personal recognizance bond co-signed by two financially responsible people,
-Pretrial Services supervision,
-Curfew from 9pm to 6pm,,
-Submit to a urinalysis and, if positive, be subject to drug testing and treatment as directed,
-Travel restricted to the Southern and Eastern Districts of New York and District of Maryland,
-Surrender of travel documents (& no new applications),
-Continue or seek employment
-Do not possess firearms/destructive devices/other weapons
-Do not have any contact with co-defendants or any witnesses in this case unless in presence of counsel

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: The defendant's curfew condition was imposed without the use of location monitoring technology. In order for Pretrial Services to effectively enforce the condition, we are asking the court to modify the conditions to permit the curfew to be enforced by location monitoring technology. Additionally, the defendant is required to travel to the District of Columbia as part of her employment.

Assistant United States Attorney Juliana Murray and defense counsel Luis O. Diaz have been advised of these matters and the parties consent to the proposed modifications to the defendant's bail conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on             March 10, 2020

                     *Josh Rothman*
                     U.S. Pretrial Services Officer

Place             Southern District of New York