UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :  20 CR 59 - 2
     -against-                      :  ORDER
                                    :
Kaila Minaya Marcano-Pena           :
                                    :
          Defendant                 :
                                    :
------------------------------------X

Vernon S. Broderick, United States District Judge:

ORDERED that the defendant's bail be modified to permit the defendant's curfew to be enforced by location monitoring technology and the defendant's travel limitations include the District of Columbia.

Dated: New York, New York
       March 11, 2020

                                    SO ORDERED

                                    _____
                                    Vernon S. Broderick
                                    United States District Judge