MEMBER NY, NJ & D.C. BAR

# LUIS O. DIAZ, ESQ. PLLC
ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

---

May 18, 2020

**BY ELECTRONIC COURT FILING**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *U.S. v. Kaila Minaya Marcano-Pena*
Case No. 20 Cr. 59 (VSB)

> Application granted since there does not appear to be reason under the Bail Reform Act to deny the temporary modification of Defendant's bail conditions. However, I hope that all those involved in the family retreat will take appropriate steps to protect themselves and others in light of the current COVID-19 pandemic. Defendant shall provide Pretrial Services with her itinerary and any changes to that itinerary.
>
> **SO ORDERED:**
>
> *Vernon Broderick*
> HON. VERNON S. BRODERICK  5/20/2020
> UNITED STATES DISTRICT JUDGE

Dear Judge Broderick:

My office represents Ms. Kaila Minaya Marcano-Pena in connection with the above-captioned matter. I write to respectfully request that the Court permit Ms. Marcano-Pena to travel to 825 Pinecrest Way, Sevierville, Tennessee for a family faith retreat from May 23, 2020 through May 26, 2020. She plans on traveling by car from Maryland, where she currently resides, and will be accompanied by eight family members. Further, it is Counsel's understanding that the Governors of both Maryland and Tennessee have lifted their stay-at-home orders.

The Government takes no position on this request. Pretrial Services has indicated that it is the Office's policy to not consent to overnight travel for defendants subject to location monitoring. However, Ms. Marcano-Pena's conditions of release include a condition of curfew and location monitoring. Therefore, Pretrial Services will have access to her location at all times.

Ms. Marcano-Pena respectfully requests that the Court allow her to accompany her family to this faith retreat.

Respectfully submitted,

Luis O. Diaz, Esq.

Cc: Juliana Murray, Assistnat U.S. Attorney (Via ECF)