MEMBER NY, NJ & D.C. BAR

# LUIS O. DIAZ, ESQ. PLLC
ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

---

May 29, 2020

**BY ELECTRONIC COURT FILING**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 6/5/2020

Re: *U.S. v. Kaila Minaya Marcano-Pena*
Case No. 20 Cr. 59 (VSB)

Dear Judge Broderick:

My office represents Ms. Kaila Minaya Marcano-Pena in connection with the above-captioned matter. I write to respectfully request that the Court modify Ms. Marcano-Pena's conditions of release. As part of her bond, the Court ordered that Ms. Marcano-Pena be subject to a curfew with location monitoring. In view of Ms. Marcano-Pena's compliance with her conditions of supervised release for over ninety days and during her recent family faith retreat, it is Pretrial Services's position that she no longer needs a curfew and location monitoring. The Government similarly consents to the removal of curfew with location monitoring.

Accordingly, Ms. Marcano-Pena respectfully requests that the Court modify her conditions of supervised release to remove the condition of curfew with location monitoring.

Respectfully submitted,

[signature]

Luis O. Diaz, Esq.

Cc: Juliana Murray, Assistnat U.S. Attorney (Via ECF)
 Bernisa M. Mejia, Intensive Supervision Specialist (Via electronic mail)