

**MEMBER NY, NJ & D.C. BAR**

# LUIS O. DIAZ, ESQ. PLLC

ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

March 19, 2021

**BY ELECTRONIC COURT FILING**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.** 3/23/2021

Re: *U.S. v. Kaila Minaya Marcano-Pena*
Case No. 20 Cr. 59 (VSB)

Dear Judge Broderick:

    My office represents Ms. Kaila Minaya Marcano-Pena in connection with the above-captioned matter. I write to respectfully request that the Court permit Ms. Marcano-Pena to travel to 11611 NW 29th Manor, Sunrise, Florida 33323 for a family faith retreat from March 27, 2021 through April 4, 2021. She plans on traveling by car from Maryland, where she currently resides.

    Counsel has communicated with AUSA Juliana Murray and Pretrial Services officer Bernisa Mejia. The Government and Pretrial Services do not object to this request.

    Ms. Marcano-Pena respectfully requests that the Court allow her to accompany her family to this faith retreat.

Respectfully submitted,

Luis O. Diaz, Esq.

Cc: Juliana Murray, Assistant U.S. Attorney (Via ECF)