MEMBER NY, NJ & D.C. BAR

# LUIS O. DIAZ, ESQ. PLLC
ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

---

November 24, 2021

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.  11/26/2021
Sentencing will be held on March 28, 2021 at 10 am.

**Via ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1007

Re: **United States v. Kaila Minaya Marcano-Pena**
       Case No. 20 Cr. 59 (VSB)

Dear Judge Broderick:

    I am writing in connection with the above-captioned matter which is scheduled for Sentencing before Your Honor on December 8, 2021, at 10:00 AM. Counsel requires additional time to investigate issues relevant to Defendant's sentencing. Furthermore, Defendant's appearance is required in a divorce proceeding pending in the state of Maryland on March 21, 2022. Counsel hereby requests an adjournment after this date.

    Counsel has communicated with Assistant United States Attorney Elizabeth Espinosa and the Government consents to an adjournment in this matter.

    Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

/s/ Luis O. Diaz
Luis O. Diaz, Esq.

Cc: Elizabeth Espinosa, Assistant United States Attorney (Via ECF)