MEMBER NY, NJ & D.C. BAR

# LUIS O. DIAZ, ESQ. PLLC

ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

---

March 9, 2022

**Via ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  03/14/22
>
> The sentencing scheduled for March 28, 2022 is hereby adjourned to May 27, 2022 at 12:00pm.

Re: **United States v. Kaila Minaya Marcano-Pena**
     **Case No. 20 Cr. 59 (VSB)**

Dear Judge Broderick:

I am writing in connection with the above-captioned matter which is scheduled for Sentencing before Your Honor on March 28, 2022, at 10:00 AM. The Defendant needs more time to conclude her pending divorce proceeding and address other issues relevant to sentencing. Counsel requests a 60-day adjournment of sentencing in this matter.

Counsel has communicated with Assistant United States Attorney Elizabeth Espinosa and the Government has no objection to this request.

Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

Luis O. Diaz, Esq.

Cc: Elizabeth Espinosa, Assistant United States Attorney (Via ECF)