UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                    :

UNITED STATES OF AMERCA,          :

                        Plaintiff.    :

                                      :                20-cr-59 (VSB)

            -against-          :

                                      :                **<u>ORDER</u>**

KAILA MINAYA MARCANO-PENA    :

                        Defendant.  :

-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Ms. Marcano-Pena's sentencing hearing was scheduled for October 6, 2022 at 2:00pm. She did not attend. Following her absence, I ordered the parties to report Ms. Marcano-Pena's whereabouts by the morning of October 11, 2022. To date, I have not received information regarding the location of Ms. Marcano-Pena. In light of this, it is

       ORDERED that the parties appear before this Court for a telephone conference on October 13, 2022 at 2:00 PM. The dial-in is 888-363-4749 and the conference code is 2682448. Defendant shall be prepared to explain (1) why she did not attend the sentencing hearing, (2) her current location, and (3) why a bench warrant should not be issued in light of the circumstances. SO ORDERED.

Dated: October 13, 2022
       New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge