UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERCA,                            :
:
                Plaintiff.        :
:      20-cr-59 (VSB)
     -against-                                        :
:      **ORDER**
:
KAILA MINAYA MARCANO-PENA                :
:
                Defendant.      :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Ms. Marcano-Pena's sentencing hearing was scheduled for October 6, 2022 at 2:00pm. She did not attend. Following her absence, I ordered the parties to report Ms. Marcano-Pena's whereabouts by the morning of October 11, 2022. To date, I have not received information regarding the location of Ms. Marcano-Pena. In light of this, it is

      ORDERED that the parties appear before this Court for a telephone conference on October 14, 2022 at 2:00 PM. The dial-in is 888-363-4749 and the conference code is 2682448. Defendant shall be prepared to explain (1) why she did not attend the sentencing hearing, (2) her current location, and (3) why a bench warrant should not be issued in light of the circumstances. SO ORDERED.

Dated: October 13, 2022
       New York, New York

                                             Vernon S. Broderick
                                             United States District Judge