UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                            :

UNITED STATES OF AMERCA,         :
                                            :

                        Plaintiff.     :
                                            :           20-cr-59 (VSB)

           -against-         :
                                          :            **ORDER**

KAILA MINAYA MARCANO-PENA   :
                                          :

                        Defendant.   :
                                          :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On October 14, 2022, I held a telephonic conference with the parties regarding Ms.

Marcano-Pena's absence from her sentencing hearing.  During the conference, the parties

notified me that Ms. Marcano-Pena has an appointment to meet Pretrial Services on Tuesday,

October 18, 2022. In light of this information, it is

      ORDERED that the parties submit a joint letter to the Court by October 20, 2022

regarding the outcome of Ms. Marcano-Pena's meeting with Pretrial Services. The letter should

also include proposed dates for a sentencing hearing and any other information that may be

helpful to the Court.

      It is FURTHER ORDERED that should Ms. Marcano-Pena not appear for her Pretrial

Services meeting on October 18, 2022 at 10:00am, the Government may request that I issue a

bench warrant for Ms. Marcano-Pena.

SO ORDERED.

Dated:  October 17, 2022
       New York, New York

                                          Vernon S. Broderick
                                        United States District Judge