UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                :
UNITED STATES OF AMERCA,        :
                :
         Plaintiff.    :
                :        20-cr-59 (VSB)
     -against-       :
                :        **ORDER**
KAILA MINAYA MARCANO-PENA   :
                :
         Defendant.  :
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I held a presentment of Ms. Marcano-Pena on June 8, 2023. During the presentment, the Government indicated that Mr. Luis Diaz had communicated to the Government that he no longer represented Ms. Marcano-Pena. Rule 1.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York governs the withdrawal of counsel in criminal cases.

Rule 1.2 provides, in relevant part:

> Attorneys representing defendants in criminal cases shall file a notice of appearance. Once a notice of appearance has been filed, the attorney may not withdraw except upon prior order of the Court pursuant to Local Civil Rule 1.4.

Local Crim. R. 1.2. If Mr. Diaz wishes to cease representing Ms. Marcano-Pena, he must move to withdraw as counsel pursuant to the local rules. Until the application to withdraw is granted by the Court, Mr. Diaz remains counsel to Ms. Marcano-Pena.

SO ORDERED.

Dated:  June 8, 2023
         New York, New York

                                                        _____
                                                        Vernon S. Broderick
                                                        United States District Judge