```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
UNITED STATES OF AMERCA,                               :
                                                       :
                              Plaintiff.               :
                                                       :    20-cr-59 (VSB)
              -against-                                :
                                                       :        ORDER
                                                       :
KAILA MINAYA MARCANO-PENA                              :
                                                       :
                              Defendant.               :
                                                       :
-------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      A status conference regarding Ms. Marcano-Pena's sentencing shall be held on July 14, 2023 at 3:00pm.  The hearing will take place in Courtroom 518 at the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007

SO ORDERED.

Dated: June 8, 2023
       New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge