UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:  
UNITED STATES OF AMERICA, :
:
                Plaintiff :
:      20-CR-59-2 (VSB)
        -against- :
:      **ORDER**
KAILA MINAYA MARCANO-PENA, :
:
              Defendant. :
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      The Court is in receipt of Defendant's pro se motions to reduce her sentence and supporting documents. (Docs. 183, 185, 186, 187.) Additionally, the Probation Office has prepared an Amended Presentence Report analyzing whether Defendant is eligible for a sentence reduction pursuant to U.S.S.G. § 1B1.10 and 18 U.S.C. § 3582(c)(2). (Doc. 184.) Accordingly, it is hereby:

      ORDERED that the Government file a response to Defendant's motions by October 23, 2024.

SO ORDERED.

Dated:     September 23, 2024
            New York, New York

                                            Vernon S. Broderick
                                            United States District Judge