UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA,            :

                                Plaintiff     :

                                                 :              20-CR-59-2 (VSB)

                -against-                    :

                                                 :                   **<u>ORDER</u>**

KAILA MINAYA MARCANO-PENA,      :

                                         Defendant.   :

                                                 :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       The Court is in receipt of Defendant's pro se motions to reduce her sentence because of, *inter alia*, the Defendant's mother's health. (*See* Docs. 195–97.) Accordingly, it is hereby:

       ORDERED that the Government file a response to Defendant's motions by April 1, 2025.

SO ORDERED.

Dated:      February 6, 2025
               New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge