UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
                     Plaintiff        :
                                :                   20-CR-59-2 (VSB)
        -against-                              :
:                       **ORDER**
KAILA MINAYA MARCANO-PENA,              :
:
                     Defendant.      :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       The Court is in receipt of certain documents submitted to the Court's pro se office by Defendant's sister for filing in this case "under seal."  In one document, Defendant asserts that her "motion for a reduction of my sentence to care for [her] elderly mother was granted." This is incorrect.  **Defendant's sentence-reduction motion has not been granted and remains pending**.  (*See* Docs. 195, 196.)

       On April 23, 2025, I granted the Government's request for a further one-week extension of time to respond to Defendant's compassionate-release motion.  (Doc. 202.)  Because the pro se filings are relevant to the Government's attempts to seek clarification on Defendant's whereabouts, the Clerk of Court is respectfully directed to docket the filings under seal, accessible only to the Court and the parties.

SO ORDERED.

Dated:    April 23, 2025
             New York, New York

                                                                Vernon S. Broderick
                                                                United States District Judge